**FILED**

JUN 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARK ETUE,<br><br>  Defendant.<br>_____/ | 2:13-cr-00145-JAM<br><br>DETENTION ORDER<br>(Violation of Pretrial Release, Probation or Supervised Release) |

    ✗  After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

        ✗  There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

        ✗  There is clear and convincing evidence that the defendant has violated another condition of release and

        ___  based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

        ✗  the person is unlikely to abide by any condition or combination of conditions of release.  F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

        ___  Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1   IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
custody of the Attorney General for confinement in a corrections facility separate, to the extent
2   practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3   Upon further order of a court of the United States or request of an attorney for the United States the
person in charge of the corrections facility in which defendant is confined shall deliver defendant
4   to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6   Dated: ~~April 15, 2013~~
            6-17-2013
7

8   EDMUND F. BRENNAN,
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26